UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:24-CV-00137-JHM-HBB

EDDIE T. CARBON                                                                    PETITIONER

VS.

SHAWN MCKENZIE, WARDEN                                                  RESPONDENT

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same:

IT IS HEREBY ORDERED that Petitioner's objections are overruled, and the Court adopts the Findings of Fact, Conclusions of Law, and Recommendation as set forth in the report submitted by the United States Magistrate Judge.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 (DN 1) is DENIED.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

Joseph H. McKinley Jr., Senior Judge
United States District Court

September 2, 2025

Copies to:      Eddie T. Carbon, *pro se*
                Counsel of Record